**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Eugene MILFORD, Defendant-Appellant.**

No. 16-2110

United States Court of Appeals, Fourth Circuit.

Submitted: January 27, 2017

Decided: February 7, 2017

Eugene Milford, Appellant Pro Se. Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Milford appeals the district court's order granting the Government's

motion for attorney's fees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Milford</u>, No. 2:15–cv–02009–RMG (D.S.C. Sept. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED